IN RE APPLICATION OF JUSTICE.

(No. 83AP-563—Decided July 8, 1983.)

*Ms. Eunice Justice, pro se.*

*Mr. Anthony J. Celebrezze, Jr.,* attorney general, and *Mr. Barry L. Gerson,* for appellee.

*Per Curiam.* Appellant has purportedly appealed from a decision of the Court of Claims affirming the finding and order of a three-commissioner panel which affirmed a single commissioner's denial of an award. This appeal is hereby *sua sponte* dismissed for the reason that R.C. 2743.20 expressly provides that, with respect to such a decision, "no appeal from the decision of the court of claims lies to any other court."

*Appeal dismissed.*

McCORMAC, MOYER and NORRIS, JJ., concur.